# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2018

158047 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MICHAEL BRACKETT, Personal Representative
of the Estate of KATHRYN BRACKETT, Deceased,
      Plaintiff-Appellee,

v

CRYSTAL SPRINGS, an Assumed Name for
Meridian Senior Living, LLC,
      Defendant-Appellant.

SC: 158047
COA: 341122
Kent CC: 17-000318-NI

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 23, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

      BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2018



Clerk

s0821